*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, C A 91754**

*Phone:* **(818)-836-4976**

*Email:* **othmane.samie@gmail.com**

Attorney for Plaintiff

Timeless Production FZ LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | **Case No.: 3:25-mc-80237** |
| **IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE** | **REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED COPYRIGHT INFRINGER(S)** |

Plaintiff Timeless Production FZ LLC ("Plaintiff") respectfully requests that the Clerk of this Court to issue a subpoena pursuant to 17 U.S.C. § 512(h) to **Google LLC**, the service provider operating **YouTube**, for the purpose of identifying one or more alleged infringers of Plaintiff's copyrights. In support of this request, Plaintiff states the following:

1. **Plaintiff's Copyright Ownership:** Timeless Production FZ LLC is the exclusive owner of copyrighted audiovisual works published on the Plaintiff YouTube channel(s). The copyrighted works at issue are listed in **Exhibit 4**.

2. **Alleged Infringement**: Plaintiff has identified multiple instances of direct copyright infringement, where individuals operating the YouTube channel **Agriculture Insight** (https://www.youtube.com/channel/UCzsHYjHL1dZ4_3-DxgrOQOw), has unlawfully

copied and used Plaintiff's copyrighted videos without authorization. These instances are detailed in **Exhibit 5**.

3. **Notification Sent to Service Provider**: Plaintiff submitted DMCA-compliant takedown notices to YouTube in accordance with 17 U.S.C. § 512(c)(3)(A), requesting removal of the infringing content. Copies of these notifications are attached as **Exhibit 1**.

4. **Purpose of the Subpoena**: The purpose of this subpoena is to obtain identifying information sufficient to ascertain the identity of the individual(s) responsible for the YouTube channels listed above, so that Plaintiff may pursue legal action for the infringement of its exclusive copyrights.

5. **Compliance with Statutory Requirements**: Pursuant to 17 U.S.C. § 512(h)(2), Plaintiff has submitted:

- A copy of the DMCA notice(s) sent to YouTube (**Exhibit 1**);

- A proposed subpoena directed to Google LLC / YouTube (**Exhibit 2**);

- A sworn declaration stating that the subpoena is sought solely to enforce Plaintiff's rights under Title 17 (**Exhibit 3**);

**Clerk's Duty to Issue Subpoena**: Under 17 U.S.C. § 512(h)(4), if the notification and accompanying documentation comply with the statutory requirements, and the proposed subpoena is in proper form, the Clerk shall expeditiously issue and sign the subpoena.

Dated: August 09, 2025                              By: /s/ **Mohamed Othmane Samie**

MOHAMED OTHMANE SAMIE (**CSBN: 344269**)

Attorney for Plaintiff

Timeless Production FZ LLC

# **Exhibit 1**

DMCA Takedown Confirmation

**[IHHVEDF4NANXYGIMKRPGIHJZQU] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+2n49d6wqdhnju07@google.com>

to me                                                                                          Jun 12, 2025, 3:09 PM



**Copyright Infringement Notification Confirmation**

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WP one request
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 00000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=uE3H-itEPhg
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Amazing Way They Harvest And Process Tons of Chili Pepper
  - Source of video: UJg7J47n5KY
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:43:12 to 0:43:16
    : https://www.youtube.com/watch?v=uE3H-itEPhg&t=2592
    It appears in your source video from 0:07:54 to 0:08:08
    : https://www.youtube.com/watch?v=UJg7J47n5KY&t=474

- Country where copyright applies: AE

- I, in good faith state that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- o This notification is accurate.

- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

- o I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 12, 2025 legal@welicense.co  wrote:

 Video IDs: uE3H-itEPhg

 ----------------------

 YouTube Copyright <youtube-disputes+14ewfukhalwxl07@google.com>            Jun 13, 2025,
 to me                                                                      9:24 PM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=uE3H-itEPhg

___

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 12, 2025 YouTube Copyright

___

**[SF3RZBOBL2DFRSKCPYAT6STH4Q] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+14ewfukhalwxl07@google.com>

to me                                                                                    Jun 12, 2025, 3:11 PM



**Copyright Infringement Notification Confirmation**

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WP one request

- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers

- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative

- Address:

    - Office E76 Dubai Production City, Dubai, UAE

    - Dubai, Dubai 00000

    - AE

- Username: We Protect Your Content

- Email Address: legal@welicense.co

- Phone: +971 50 528 3879


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=u_f71GE4eUs

- Describe the work allegedly infringed: My company, organization or client's video

    - Title of video: Amazing Way They Harvest And Process Tons of Chili Pepper

    - Source of video: UJg7J47n5KY

    - Type of video: Internet video

    - Where does the content appear?
      The content appears in the targeted video from 0:20:15 to 0:20:20
      : https://www.youtube.com/watch?v=u_f71GE4eUs&t=1215

It appears in your source video from 0:00:22 to 0:00:27
: https://www.youtube.com/watch?v=UJg7J47n5KY&t=22

- Country where copyright applies: AE

- I, in good faith state that:

  o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

  o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

  o This notification is accurate.

  o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

  o I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Kenneth Silvers

- The YouTube Team


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jun 12, 2025 legal@welicense.co wrote:

 Video IDs: u_f71GE4eUs

 ----------------------

 YouTube Copyright <youtube-disputes+14ewfukhalwxl07@google.com>

 to me                                                                            Jun 13, 2025,
                                                                                  9:24 PM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

> ## Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=u_f71GE4eUs
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 12, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------

**[QNPR3HHKJ77WJSWN6YHHWUXMJM] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+32x6uhd1rjhyn07@google.com>

to me                                                                                    Tue, Jun 10, 4:49 PM



### Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WP one request
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 00000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879
- 
  URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=3Go8YjS2i0g
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process
  - Source of video: OpeRSWyeimg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:25 to 0:04:44 :
    https://www.youtube.com/watch?v=3Go8YjS2i0g&t=265

It appears in your source video from 0:01:43 to 0:02:13 :
https://www.youtube.com/watch?v=OpeRSWyeimg&t=103

- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 10, 2025 legal@welicense.co wrote:
Video IDs: 3Go8YjS2i0g

----------------------

YouTube Copyright <youtube-

disputes+259cxx7c07o4p07@google.com>                    Jun 10, 2025,

to me                                                          7:41 PM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

> ## Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=3Go8YjS2i0g
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jun 10, 2025 YouTube Copyright


-------------------------------------------------------------------------------------------------------------

**[DLAJWUCUBBGVDU4SD74RLBWCNY] YouTube Copyright Complaint Submission**

YouTube                Copyright                <youtube-
disputes+3hfq8q35avsv507@google.com>                                    Tue, Jun 10,
to me                                                                    4:51 PM



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all
required elements. We will reply to this email when we've taken action on your request. You
can also check on the status of your takedown request in the 'Removal requests' tab which
is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WP one request
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth
  Silvers
- Your Title or Job Position (What is your authority to make this complaint?):
  Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 00000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879
- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qMj68W_T6Rs
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Amazing Way They Harvest And Process Tons of Chili
    Pepper
  - Source of video: UJg7J47n5KY
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:56 to 0:06:24 :
    https://www.youtube.com/watch?v=qMj68W_T6Rs&t=356
    It appears in your source video from 0:02:31 to 0:03:29 :
    https://www.youtube.com/watch?v=UJg7J47n5KY&t=151

14

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jun 10, 2025 legal@welicense.co wrote:
Video IDs: gMj68W_T6Rs


--------------------

YouTube Copyright <youtube-disputes+3hfq8q35avsv507@google.com>

to me                                                              Jun 12, 2025,

6:18 AM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

---

### Request resolved

The content listed below has been removed.

**Videos in question:**

https://www.youtube.com/watch?v=gMj68W_T6Rs

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 10, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------

**[I3WZCK2GF7Q3KSGGT7VYMRNBBU] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+0llbranwp4vm507@google.com>

to me                                                                    Jun 11, 2025,

1:06 PM



### Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WP one request
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
    - Office E76 Dubai Production City, Dubai, UAE
    - Dubai, Dubai 00000
    - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879
-
    URL of allegedly infringing video to be removed:
    https://www.youtube.com/watch?v=t8N67Jkm_M4

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: How They Produce Millions of Olive Oil Soap Bars by Hand
- ○ Source of video: RIz3cnSJk7Q
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:42:35 to 0:42:39 :
  https://www.youtube.com/watch?v=t8N67Jkm_M4&t=2555
  It appears in your source video from 0:01:49 to 0:01:53 :
  https://www.youtube.com/watch?v=RIz3cnSJk7Q&t=109

- Country where copyright applies: AE
- I, in good faith state that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jun 11, 2025 legal@welicense.co  wrote:

     Video IDs: t8N67Jkm_M4

19

--------------------

YouTube Copyright <youtube-disputes+0llbranwp4vm507@google.com>
to me

Jun 12, 2025, 7:48 PM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

> ### Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=t8N67Jkm_M4
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 11, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------

**[DLXMCCG2N4TBB2VFN3EOA3YIBE] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-disputes+2ox2ni00u7p8507@google.com>

to me                                                                                 Wed, Jun, 11, 2025,

                                                                                              1:08 PM

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all
required elements. We will reply to this email when we've taken action on your request.
You can also check on the status of your takedown request in the 'Removal requests' tab
which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WP one request
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative

- Address:
    - Office E76 Dubai Production City, Dubai, UAE
    - Dubai, Dubai 00000
    - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879
- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=KQTY5IXWebg
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Amazing Way They Harvest And Process Tons of Chili Pepper
    - Source of video: UJg7J47n5KY
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:21:37 to 0:21:42 :
      https://www.youtube.com/watch?v=KQTY5IXWebg&t=1297
      It appears in your source video from 0:07:54 to 0:08:08 :
      https://www.youtube.com/watch?v=UJg7J47n5KY&t=474


- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 11, 2025 legal@welicense.co  wrote:

Video IDs: KQTY5IXWebg

----------------------

YouTube Copyright <youtube-disputes+2ox2ni00u7p8507@google.com>
to me

Jun 12, 2025,
7:49 PM



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

<div style="border:1px solid #000; padding:1em;">

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=KQTY5IXWebg

---

We use a combination of automated systems and human reviews to process removal requests.

</div>

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 11, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------

# **Exhibit 2**

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:25-mc-80237 |
| | ) |
| | ) |
| _Defendant_ | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Google LLC, Address: Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N,  Sacramento, CA 95833

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Attachment A**

| Place: Place: Mohamed Othmane Samie,2414 S Garfield Avenue Monterey Park, CA 91754 Email: othmane.samie@gmail.com | Date and Time: September 10, 2025 at 11:59 PM (Pacific Time) |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

|  _CLERK OF COURT_ | |
|---|---|
| | OR |
| _____ | _____ |
| _Signature of Clerk or Deputy Clerk_ | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_
_____Mohamed Othmane Samie_____ , who issues or requests this subpoena, are:

**Attorney for the Plaintiff, Address: 2414 S Garfield Avenue  Monterey Park, CA 91754, Email: othmane.samie@gmail.com, Ph. No.  (818)-836-4976**

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

<h3 style="text-align:center">PROOF OF SERVICE</h3>

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Print    Save As...    Add Attachment    Reset

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
　**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
　**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
　　**(i)** is a party or a party's officer; or
　　**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
　**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
　**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
　**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
　**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
　　**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
　　**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
　**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
　　**(i)** fails to allow a reasonable time to comply;
　　**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
　　**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
　　**(iv)** subjects a person to undue burden.
　**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
　　**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

　　**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
　**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
　　**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
　　**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
　**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
　**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
　**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
　**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
　**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
　　**(i)** expressly make the claim; and
　　**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
　**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT A**

**SCHEDULE OF DOCUMENTS TO BE PRODUCED**

DOCUMENT REQUESTS

Pursuant to 17 U.S.C. § 512(h), the subpoena commands production of all documents and information sufficient to identify the user(s) responsible for operating the YouTube channels listed below, which are alleged to have infringed copyrighted works owned by **Timeless Production FZ LLC**.

The requested identifying information includes, but is not limited to, the following:

  a)  Full legal name(s) associated with the Google/YouTube account(s)

  b)  Google AdSense ID(s) associated with any monetization of the channel(s)

  c)  Physical mailing address(es) linked to the account(s)

  d)  Telephone number(s) linked to the account(s)

  e)  Email address(es) associated with the account(s)

  f)  All other YouTube channels that are or have been linked to the same AdSense account(s)

  g)  All information identifying any Multi-Channel Network (MCN) affiliation, including the name of the MCN, date of integration, and contact details.

1

**USER ACCOUNTS FROM DMCA NOTICE**

1.  **Agriculture Insight**

- **Channel ID**: UCzsHYjHL1dZ4_3-DxgrOQOw

- **URL**: https://www.youtube.com/channel/UCzsHYjHL1dZ4_3-DxgrOQOw

2

# **Exhibit 3**

1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**

2  *Address:* **2414 S Garfield Avenue, Monterey Park, C A 91754**

   *Phone:* **(818)-836-4976**

3  *Email:* **othmane.samie@gmail.com**

4  Attorney for Plaintiff

5  Timeless Production FZ LLC

   **UNITED STATES DISTRICT COURT**

6  **NORTHERN DISTRICT OF CALIFORNIA**

7

8  **IN RE DIGITAL MILLENNIUM** | **Case No.:** 3:25-mc-80237

9  **COPYRIGHT ACT SECTION**

10 **512(h) SUBPOENA TO GOOGLE** | **DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF DMCA SUBPOENA REQUEST**

11 **LLC / YOUTUBE**

12

13

14 I, **Mohamed Othmane Samie**, declare under penalty of perjury:

15   1.  I am an attorney licensed to practice law in the State of California (CSBN: 344269),

16       and I represent Plaintiff Timeless Production FZ LLC in this matter.

17   2.  Plaintiff is the sole owner of the copyrights in original audiovisual works featured on

18       the YouTube channel(s) and has identified numerous instances of unauthorized

19       reproduction of these works on the channel **Agriculture Insight**.

20   3.  Plaintiff submitted valid DMCA takedown notices to YouTube, operated by Google

21       LLC, in compliance with 17 U.S.C. § 512(c)(3)(A), requesting the removal of infringing

22       content. A copy of the notice(s) is attached as **Exhibit 1**.

23

24

1    4.  This subpoena request is made pursuant to 17 U.S.C. § 512(h), and is being sought

2         solely for the purpose of enforcing Plaintiff's rights under the Copyright Act, Title 17

3         of the United States Code.

4    5.  Identifying the correct AdSense accounts and any MCN affiliations is critical to avoid

5         enforcement errors and ensure that responsible parties are properly held accountable.

6    6.  I respectfully request that the Clerk of this Court issue the subpoena to Google LLC to

7         disclose identifying and monetization-related information, including MCN affiliations,

8         associated AdSense accounts, and user identity, for the channels identified in this action

9         for the infringement.

10   I declare under penalty of perjury under the laws of the United States that the foregoing is true

11   and correct.

12   Executed on: August 09, 2025

13   Location: Monterey Park, California                    By: /s/ **Mohamed Othmane Samie**

14                                                          MOHAMED OTHMANE SAMIE (**CSBN: 344269**)

15                                                          Attorney for Plaintiff

16                                                          Timeless Production FZ LLC

17

18

19

20

21

22

23

24

# **<u>Exhibit 4</u>**

List of Registered Works

**EXHIBIT 4**

<u>List of registered works</u>

| | Copyright Registration Number | Registration Date | Url of registered work | Type of Work |
|---|---|---|---|---|
| A | **PA0002453399** | 2024-02-07 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | Motion Picture (Video) |
| B | **PA0002507380** | 2025-01-06 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process<br><br>https://youtu.be/OpeRSWyeimg | Motion Picture (Video) |
| C | **PA0002520745** | 2025-01-08 | **Title:** How They Produce Millions of Olive Oil Soap Bars by Hand<br><br>https://youtu.be/Rlz3cnSJk7Q | Motion Picture (Video) |

# **Exhibit 5**

List of infringements

**EXHIBIT 5**
**List of infringements**

| # | Infringing Video URL's Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Infringed Work (Copyright Registration Code) |
|---|---|---|---|---|---|
| 1 | **Title:** How 2.1 Billion Pounds Of Chili Peppers Are Harvested In America \| Agriculture Technology <br><br> https://youtu.be/XQsVCJ_edlY <br><br> (soi 2025-01-10) <br> Infringement Against **A** | 4:29 - 4:47 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper <br><br> https://youtu.be/UJg7J47n5KY | 0:22 - 0:36 | PA0002453399 |
| 2 | **Title:** How American Farmers Harvest 1.4 Billion Aloe Vera Leaves \| Farming Documentary <br><br> https://youtu.be/3Go8YjS2i0g <br><br> (soi 2024-11-07) <br> Infringement Against **B** | 4:25 - 4:44 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process <br><br> https://youtu.be/OpeRSWyeimg | 1:43 - 2:13 | PA0002507380 |

| 3 | **Title:** 2.1 Billion Pounds Of Chili Peppers Are Harvested In America This Way \| Agriculture Technology<br><br>https://youtu.be/gMj68W_T6Rs<br><br>(soi 2025-02-08)<br>Infringement Against **A** | 5:56 - 6:24<br>6:24 - 6:38<br>6:38 - 6:48 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 2:31 - 3:29<br>4:18 - 4:36<br>5:15 - 5:28 | PA0002453399 |
|---|---|---|---|---|---|
| 4 | **Title:** How Canola Oil Is Made – Massive Billion Tons of Canola Harvesting & Processing In Factory<br><br>https://youtu.be/t8N67Jkm_M4<br><br>(soi 2025-04-16)<br>Infringement Against **C** | 42:35 - 42:39<br>43:59 - 44:01<br>44:01 - 44:07<br>44:07 - 44:10<br>44:15 - 44:19<br>44:19 - 44:22<br>44:52 - 44:54<br>44:54 - 44:56<br>44:56 - 45:02<br>45:02 - 45:08 | **Title:** How They Produce Millions of Olive Oil Soap Bars by Hand<br><br>https://youtu.be/RIz3cnSJk7Q | 01:49 - 01:53<br>00:07 - 00:10<br>09:51 - 10:02<br>10:33 - 10:37<br>12:03 - 12:11<br>12:19 - 12:22<br>14:15 - 14:19<br>14:03 - 14:06<br>13:57 - 14:03<br>14:08 - 14:15 | PA0002520745 |
| 5 | **Title:** How Soy Sauce Is Made - Secret Process Behind Millions Bottles of Soy Sauce<br><br>https://youtu.be/KQTY5IXWebg<br><br>(soi 2025-04-21)<br>Infringement Against **A** | 21:37 - 21:42<br>21:42 - 21:44<br>21:44 - 21:47<br>21:47 - 21:52<br>21:54 - 21:58<br>21:58 - 22:02<br>22:07 - 22:11<br>22:11 - 22:14<br>22:14 - 22:16<br>22:15 - 22:22<br>22:30 - 22:40 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 07:54 - 08:08<br>08:11 - 08:15<br>08:17 - 08:22<br>08:28 - 08:38<br>04:58 - 05:03<br>03:03 - 03:12<br>04:37 - 04:42<br>03:42 - 03:45<br>02:51 - 02:54<br>02:35 - 02:41<br>05:14 - 05:27 | PA0002453399 |

| 6 | **Title:** How Olive Oil Is Made – Amazing Process of Million Tons of Olive Oil, Soap & Pickles<br><br>https://youtu.be/eUDZ5ZyPiio<br><br>(soi 2025-03-17)<br>Infringement Against **C** | 11:06 - 11:12<br>11:17 - 11:21<br>12:41 - 12:43<br>12:43 - 12:49<br>12:49 - 12:51<br>12:57 - 13:00<br>13:01 - 13:04 | **Title:** How They Produce Millions of Olive Oil Soap Bars by Hand<br><br>https://youtu.be/Rlz3cnSJk7Q | 00:47 - 00:57<br>01:49 - 01:53<br>00:07 - 00:10<br>09:50 - 10:01<br>10:33 - 10:37<br>12:03 - 12:11<br>12:20 - 12:23 | PA0002520745 |
| 7 | **Title:** How Millions Tabasco Hot Sauce Bottles Are Made - Massive Chili Powder & Hot Sauce Processing<br><br>https://youtu.be/Xupybf7q7Ac<br><br>(soi 2025-03-31)<br>Infringement Against **A** | 00:00 - 00:02<br>00:02 - 00:04<br>04:40 - 04:45<br>04:45 - 04:47<br>04:47 - 04:50<br>04:50 - 04:55<br>04:57 - 05:00<br>05:00 - 05:05<br>05:10 - 05:13<br>05:14 - 05:16<br>05:16 - 05:18<br>05:19 - 05:24<br>05:34 - 05:43 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 05:22 - 05:27<br>06:13 - 06:15<br>07:54 - 08:08<br>08:11 - 08:15<br>08:17 - 08:21<br>08:28 - 08:38<br>04:58 - 05:03<br>03:03 - 03:12<br>04:37 - 04:42<br>03:42 - 03:45<br>02:51 - 02:54<br>02:35 - 02:41<br>05:14 - 05:27 | PA0002453399 |
| 8 | **Title:** How Sugar Is Made - Insane Processing Million Tons of Sugar In Factory<br><br>https://youtu.be/uE3H-itEPhg<br><br>(soi 2025-04-12)<br>Infringement Against **A** | 43:12 - 43:16<br>43:16 - 43:19<br>43:19 - 43:22<br>43:22 - 43:27<br>43:30 - 43:32<br>43:32 - 43:37<br>43:42 - 43:46<br>43:46 - 43:49<br>43:49 - 43:51<br>43:51 - 43:56<br>44:05 - 44:15 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 07:54 - 08:08<br>08:11 - 08:15<br>08:17 - 08:21<br>08:28 - 08:38<br>04:58 - 05:03<br>03:03 - 03:12<br>04:37 - 04:42<br>03:42 - 03:45<br>02:51 - 02:54<br>02:35 - 02:41<br>05:14 - 05:27 | PA0002453399 |

| | | | | |
|---|---|---|---|---|
| 9 | **Title:** Harvesting 148 Billion Pounds of Bell Peppers By Farmer This Way \| Agriculture Technology<br><br>https://youtu.be/u_f71GE4eUs<br><br>(soi 2025-02-27)<br>Infringement Against **A** | 20:15 - 20:20<br>20:24 - 20:32<br>20:34 - 20:39<br>20:45 - 20:52<br>20:52 - 20:53<br>20:58 - 21:00<br>21:03 - 21:05<br>23:00 - 23:05<br>23:05 - 23:12<br>23:12 - 23:20<br>23:20 - 23:25<br>23:25 - 23:29<br>23:29 - 23:31 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 00:22 - 00:27<br>00:28 - 00:36<br>00:47 - 00:53<br>00:54 - 01:01<br>01:03 - 01:06<br>01:01 - 01:04<br>01:06 - 01:10<br>02:32 - 02:36<br>02:50 - 02:57<br>03:04 - 03:12<br>03:18 - 03:23<br>03:42 - 03:45<br>02:51 - 02:54 | PA0002453399 |
| 10 | **Title:** How Mustard Is Made – Massive Billion Bottles of French's Mustard & Dijon Processing<br><br>https://youtu.be/bWwncrg1G98<br><br>(soi 2025-04-19)<br>Infringement Against **A** | 20:45 - 20:50<br>20:50 - 20:52<br>20:52 - 20:56<br>20:56 - 21:00<br>21:02 - 21:06<br>21:06 - 21:11<br>21:15 - 21:19<br>21:19 - 21:21<br>21:22 - 21:23<br>21:24 - 21:29<br>21:38 - 21:47 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 07:54 - 08:08<br>08:11 - 08:14<br>08:17 - 08:21<br>08:28 - 08:37<br>04:58 - 05:03<br>03:03 - 03:12<br>04:37 - 04:42<br>03:42 - 03:45<br>02:51 - 02:54<br>02:35 - 02:41<br>05:14 - 05:27 | PA0002453399 |
| 11 | **Title:** How Billion Tons Peaches Are Processed \| Insane Peach Farming & Canned Peach Processing<br><br>https://youtu.be/49K24HOPCj0<br><br>(soi 2025-04-13)<br>Infringement Against **B** | 39:19 - 39:33<br>39:33 - 39:37<br>40:27 - 40:32<br>41:55 - 42:01<br>42:01 - 42:07<br>44:17 - 44:36 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process<br><br>https://youtu.be/OpeRSWyeimg | 02:14 - 02:30<br>02:37 - 02:43<br>00:08 - 00:15<br>01:57 - 02:04<br>03:08 - 03:18<br>07:09 - 07:29 | PA0002507380 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | **Title:** How Million Bamboo Products Are Made \| Incredible Straw, Toothbrush Factory Processing<br><br>https://youtu.be/m978C1JDffs<br><br>(soi 2025-03-04)<br>Infringement Against **B** | 45:54 - 46:08<br>46:08 - 46:12<br>47:02 - 47:08<br>48:31 - 48:36<br>48:36 - 48:42<br>50:53 - 51:11 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process<br><br>https://youtu.be/OpeRSWyeimg | 02:14 - 02:30<br>02:37 - 02:43<br>00:08 - 00:15<br>01:57 - 02:04<br>03:08 - 03:18<br>07:09 - 07:29 | PA0002507380 |
| 13 | **Title:** How Millions of Snickers Bars Are Made – Amazing Factory Process<br><br>https://youtu.be/loITHAByIbs<br><br>(soi 2025-04-03)<br>Infringement Against **B** | 39:39 - 39:53<br>39:53 - 39:57<br>40:47 - 40:53<br>42:15 - 42:21<br>42:21 - 42:27<br>44:37 - 44:56 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process<br><br>https://youtu.be/OpeRSWyeimg | 02:14 - 02:30<br>02:37 - 02:43<br>00:08 - 00:15<br>01:57 - 02:04<br>03:08 - 03:18<br>07:09 - 07:29 | PA0002507380 |